HENRY PADDOCK agt. LORENZO O. TUTTLE.

Where a motion for irregularity is founded on a matter of fact, which is sworn to positively, and, in opposition to the motion, such matter of fact is positively denied by an equal amount of testimony, the motion will be denied with costs.

*June Term,* 1846.

MOTION by defendant to set aside service of amended declaration, and all subsequent proceedings, for irregularity.

The amended declaration, in this cause, was filed in the clerk's office, the 17th of April, 1846.  J. L. Brown, attorney for defendant, swore that on the *sixteenth* day of April, 1846,

an amended declaration in this cause was served on him personally at his office.

O. B. Mason swore that, on the *seventeenth* day of April, 1846, he personally served upon J. L. Brown, defendant's attorney, an amended declaration in this cause, which he had received from plaintiff's attorney for that purpose.

Defendant moved on the ground that no amended declaration in this cause was on file on the *sixteenth* day of April, 1846, when a copy was served on him.

Mr. TAGGART, *defendant's counsel.*
J. L. BROWN, *defendant's attorney.*
A. TABER, *plaintiff's counsel.*
N. A. GRAVES, *plaintiff's attorney.*

JEWETT, Justice. Denied the motion with $7 costs.